IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-03183-LTB-MEH | Date:   June 4, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| LAURA MESSENGER, | Brian Stutheit |
| Plaintiff, | |
| vs. | |
| COLORADO HOME FUNDING, INC., | |
| Defendant. | |
| DERRICK STRAUSS, | T. Edward Williams |
| Interested Party. | |

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     1:34 p.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding the Motion of Nonparty to Quash Subpoena (Doc. #10, filed 5/24/12).

**ORDERED:**   As stated on the record, the Motion of Nonparty to Quash Subpoena (Doc. #10, filed 5/24/12) is GRANTED without prejudice, insofar as it seeks protection from producing documents.  Plaintiff may depose Derrick Strauss, but not as a 30(b)(6) witness.  The issue may be raised again in the event that it is determined through the deposition that there are documents to be produced.  The deposition of Mr. Strauss is set for June 14, 2012, at a time to be determined by the parties.

**Court in recess:**     1:44 p.m.   (Hearing concluded)
**Total time in court:**  0:10